UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR18-132RAJ |
| Plaintiff, | |
| v. | ORDER SETTING SHOW CAUSE HEARING |
| CHRISTOPHER ANTHONY CLAY, | |
| Defendant. | |

On October 10, 2018, the Court entered a Complex Case Management Order which, among other hearings and deadlines, set a hearing on Pretrial Motions I for February 22, 2019 at 9:00 a.m. (*See* Dkt. #267.)

On February 13, 2019, the Court's courtroom deputy sent an email to all counsel reminding them of the hearing and specifically stating that all counsel and all defendants were required to attend the hearing and that presence waivers would not be permitted.

Allen Ressler, counsel for Christopher Anthony Clay, failed to appear at the hearing. Defendant Clay was also not present at the hearing. Court staff contacted Mr. Ressler's office and, after a substantial delay, was able to arrange for Mr. Ressler to appear at the hearing by telephone.

Mr. Ressler's failure to appear at this hearing which included 32 other defendants, 19 of whom were in custody, and their attorneys, created a substantial delay and disruption of the proceedings and was disrespectful to all parties and the Court.

1      Mr. Ressler is directed to appear in person  on **MARCH 8, 2019 at 9:00 a.m.**

2 before this Court to explain his failure to appear at the scheduled hearing and to

3 show cause why sanctions should not be imposed.

4      DATED this 28th day of February, 2019.

The Honorable Richard A. Jones
United States District Judge