Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER ANTHONY CLAY, <br><br> Defendant. | Case No.: CR18-132RAJ <br><br> ORDER ON DEFENDANT'S MOTION TO AMEND JUDGMENT IN A CRIMINAL CASE |

THIS MATTER having come before this Court on Defendant Christopher Anthony Clay's Motion to Amend Judgment in a Criminal Case (Dkt. #673), with attached letter from Defendant Clay's employer, proposing a postponement of Defendant Clay's surrender date, there being no opposition filed by the government, and the Court finding just cause to do so:

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant Clay's motion is GRANTED and his Judgment is amended such that Defendant Clay's date of surrender to custody is postponed until February 7, 2020.

DATED this 8th day of November, 2019.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANT'S MOTION TO
AMEND JUDGMENT IN A CRIMINAL CASE - 1

LAW OFFICES OF RESSLER & TESH
821 SECOND AVENUE, SUITE 2200
SEATTLE, WA 98104
(206) 388-0333