Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ANTHONY CLAY,<br><br>Defendant. | No. 2:18-cr-00132-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Christopher Anthony Clay's *Pro Se* Motion for Early Termination of Supervised Release. Dkt. 946. Having considered the parties' briefing, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. 946) is **GRANTED**.

DATED this 10th day of February, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1